

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*

*Brooklyn, New York  11201*

February 21, 2011

<u>BY ECF</u>
Robert P. LaRusso, Esq.
LaRusso & Conway
300 Old Country Road, Suite 341
Mineola, NY 11501

       Re:  United States v. Kamal Z. Abdallah
            <u>Criminal Docket No. 09-0717 (JFB)</u>

Dear Mr. LaRusso:

     Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government supplements its original discovery as follows.

     On February 17, 2009, the government produced by hand delivery additional documents that it received from Sheridan Asset Management, which were marked as HK 00250 - HK 00652.  On February 21, 2001, the government produced an additional document that it received from Sheridan Asset Management by electronic mail, which was marked as HK 653.

                               Very truly yours,

                               LORETTA E. LYNCH
                               United States Attorney

                By:  _____
                      Scott B. Klugman
                      Assistant U.S. Attorney
                      (718) 254-6461

cc:  Clerk of the Court (JFB)