

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 25, 2010

BY ECF
The Honorable Joseph F. Bianco
United States District Judge
Eastern District of New York
100 Federal Plaza, Courtroom 920
Central Islip, New York 11722

>    Re:  United States v. Kamal Z. Abdallah,
>         Criminal Docket No. 09-0717 (S-1) (JFB)

Dear Judge Bianco:

   The government respectfully submits this letter to enumerate the exhibits that have been received in evidence to date in the trial in this matter.

   The following is a list of the government exhibits that have been received in evidence:

   1A, 1B, 2-11, 12A, 12B, 13, 14, 16-27, 30-31, 35-37,
   40, 42-44, 50-51, 53-54, 60-62, 64-67, 70-77, 80-82,
   90-92, 95-98, 100-101, 105-07, 110-113, 115-120, 122-
   37, 140-41, 154-58, 163, 165-66, 200-02, 210-19, 232-
   35.

The following is a list of defense exhibits that have been received in evidence:

   G, H, I, O, S.

>                              Respectfully submitted,
>
>                              LORETTA E. LYNCH
>                              United States Attorney
>
>                         By:  _____
>                              Scott B. Klugman
>                              David Woll
>                              Assistant U.S. Attorneys
>                              (718) 254-6461

cc:  Robert LaRusso, Esq. (by ECF)