FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 21 2011 ★
LONG ISLAND OFFICE

| | |
|---|---|
| Early 2008 | Stole the list from Legend Merchant Grp. RT 350-51 |
| | Worked at Regal Securities (RT-352) ~ ~ Allen Partners (RT-356) |
| Oct 21, 2008 | Per Sec settlement |
| Oct, 2008 (Consp. w/ Jason) | Conspiracy started with Janson D'Olivera and Craig Sizer (RT-362-64) 1st Company to use impersonation and false Demand was APII (RT-363) |
| Late 2008 – Early 2009 (Reason for leaving) | Worked with Jason, Sizer for a "Couple months" on 3-5 Companies and left over dispute over money (RT-371) |
| Early 2009 (Consp. w/ Ray +) | Worked with Ray Daiz, Denis LNU, Ottie LNU using the false Demand Scheme (RT-373) and executed more than 10 order in three to five Companies (RT-374) |
| Time frame (2009) | April, May of '09 ("Two months") (RT 375) |
| (Reason for leaving the Conspiracy) | "It just didn't feel right"  RT. 378 |

COURT EXHIBIT
CR-09-717
9-15-2011
①

| Date | Event |
|---|---|
| June 18, 2009 ? (Conpr. w/ Abdallah) | Tom Reid introduced Kamal Abdallah to Seiden (RT-394-95) |
| | Seiden told Abdallah that he had abilities and relationships to buy stock but never disclose how he buy stocks (RT-398-99) |
| June 18, 2009 | Seiden lies under oath that he caused stock or bought on 6/18/2009 (Tr. 402-04)(Ex. 18) Post it |
| June 22, 2009 | Seiden 1st impersonation and Caused the purchase of 10 Million UPDV Shares (Tr. 121-121) |
| June 25, 26, 2009 | Seiden 2nd impersonation & Caused the Purchase of 38 Million UPDV Shares (Tr. 41-42) |
| July 7, 2009 | Seiden 3rd impersonation & Caused the Purchase of 80 Million UPDV Shares (Tr 134-35) |
| July 8, 2009 | Seiden 4th impersonation & Caused the Purchase of 95 Million UPDV Shares (Tr 155-56) |
| July 15, 2009 (Consp. w/ Abdallah) | Seiden Visits San Antonio and informs Abdallah of His Scheme (In light of Evidence most favorable to gov't) (Tr-435-441) |

| Date | Event |
|---|---|
| July 21, 2009 (Overall Conspiracy Ended) | Seiden was arrested by the FBI in Florida (Tr 448) |
| July 21, 2009 | Made 1st Record Phone Call from FL (Gvt Ex 4) |
| July 24, 2009 | Made 2nd Record Phone Call from Eastern District of New York |
| July 28, 2009 (Wire Fraud Count) (Securities " " ) | Made the July 28, 2009 Phone Call which established Venue in EDNY according to gov't (Gvt. Ex. 5) |
| August 10, 2009 | Abdallah was Arrested in San Antonio |