Honorable Joseph F. Bianco

United States District Court

Eastern District of New York

100 Federal Plaza Central Islip, New York 11722

FILED
IN CLERK'S OFFICE
DISTRICT COURT E D N Y

★ JAN 05 2012 ★

LONG ISLAND OFFICE

Ref: Kamal Abdallah

Dear Honorable Judge Bianco,

It truly saddens and hurts me that I can't be with my husband as he faces sentencing this Friday. I want nothing more than to be able to be there to show him the support he deserves. However, our present financial situation makes it impossible to travel to and stay in New York during this time. We have barely been able to keep our heads above water so to speak. Also, our two daughters are currently preparing for midterms. As you may know, we do not have any family in San Antonio, and leaving them home alone is not even an option we would consider.

Your Honor, this has been the most difficult and trying time of our lives. Not only is this on the financial level, but more importantly on the emotional and psychological as well. Money comes and goes, but the emotional scars that were inflicted by this whole ordeal are by far the worst. As most parents will tell you, your children's health and happiness become the focus of your life the moment your child is born. Since our girls were born, we have strived to create the best environment for them, where they can grow to their full potential and become the best that they can be. This environment has been shattered, and my focus has become to keep them from becoming bitter and trying to live a somewhat "normal" life, as normal as can be under these circumstances. Depression, anger and hurt are some of the ugliest things a person can go through, but it is much worse when you have to watch your children go through it.

01/05/2012 01:15 2106988730 THE UPS STORE PAGE 02/03
Case 1:09-cr-00717-JFB Document 162 Filed 01/05/12 Page 2 of 3 PageID #: 1027

One of the key ingredients to this healthy environment is their father. Unfortunately, this may have been something that we've taken for granted. You truly don't know what you have until it is taken from you. Kamal is the one who keeps this family together with his strength, love and compassion. Even while he has been at MDC, the one thing he cares about the most is his family and our wellbeing. He is always cautioning me to watch for their emotional manifestation of this hardship, fearing that their reactions will be so negative, that it may become self-destructive. One of the things that I have noticed is that they have suddenly become so terrified of losing me somehow. I can't even run to the grocery store to get something without them, although it's something they don't usually like to do. They have become so scared of losing their other parent, something that doesn't normally cross many teenagers' minds. To look in their eyes and see that fear and sadness is one of the hardest things a mother can endure. This is especially due to the fact that I can't make things better by providing them with what they want, their father. They expect their mom to make it all better and I can't do that for them. That feeling of helplessness alone is torture. We never expected or imagined that he wouldn't come home on March of 2011. This is not because we are blind, stupid or "delusional". It's because we know who Kamal really is.

Your Honor, my husband is not fighting this fight because he is arrogant or does not have any regard for the law. Nothing could be further from the truth. He is fighting because he knows that he is innocent and has been wronged. As a Judge, you already know that there have been many people who have been found guilty by a jury, only to be proven innocent later on. If there is no other choice, he will have to take that road. If you knew Kamal the way I have known him for the past seventeen years, you will know that he is an honorable man who always strives to do the right thing, and would never do anything to hurt anyone. I can't stress that last part enough. He has a conscience, strong morals and values, as well as pride. I sometimes blame myself for not being there when he met Seiden. Perhaps I would have been able to pick

2

up on Seiden's negative vibes. You see, Kamal has always given people the benefit of the doubt and has never tried to judge anyone. This may even be considered a flaw sometimes. I'm sure that part will change a bit.

I have been thrust into the role of "single mom" for the past year, which at times seems an eternity. This was not by choice on either of our parts, and has been a horrific experience to say the least. My hat goes off to all the single moms out there, but there is no reason for me to make that choice given the kind of husband and father Kamal is. I have seen other fathers and husbands and there is no comparison. This is not just based on my opinion, but on a reality that was taken from us too quickly. I understand that the legal system must take its course, and I am a woman of strong faith who believes that the truth will eventually prevail.

I pray that you will be able to see Kamal in the same light that I do. I have written you other letters that exemplified his character, and hope you will take this into consideration. I hope you see the importance of his role as a father and husband, a provider and supporter. I honestly don't know how much longer we can take of this agony, how long before we can move on with our lives. All I know is that we can't do this without him.

Thank you for taking the time to read this letter.

Respectfully,

Abeir Samad Abdallah

3